**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| L. SEVILLE PARKS, | No. 08-16215 |
| Plaintiff - Appellant, | D.C. No. 3:06-cv-00602-RLH-LRL |
| v. | |
| ROBERT CHAMBLISS; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the District of Nevada
Roger L. Hunt, Chief Judge, Presiding

Submitted September 13, 2010[**]

Before:    SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

L. Seville Parks, a Nevada state prisoner, appeals pro se from the district

court's judgment dismissing his 42 U.S.C. § 1983 action for failure to comply with

a court order to amend his complaint. We have jurisdiction under 28 U.S.C.

§ 1291. We review for an abuse of discretion. *Pagtalunan v. Galaza*, 291 F.3d

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

639, 640 (9th Cir. 2002).  We affirm.

The district court did not abuse its discretion by dismissing Parks's action for failure to comply with a court order where the district court described the inadequacies of Parks's complaint and gave him ample time to amend, and Parks failed to pursue the case for over six months without providing any reason for the delay.  *See id.* at 642-43.

Parks's remaining contentions are unpersuasive.

To the extent that there are any outstanding motions, they are denied.

**AFFIRMED.**

08-16215